UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TES BROWDER, et al.,

        Plaintiff(s),

vs.

JOHNSON & JOHNSON, et al.,

        Defendant(s).

No. C 06-7954 MHP

**ORDER OF ADMINISTRATIVE CLOSURE AND STAY**

The Court has received notice from the Judicial Panel on Multidistrict Litigation of a Conditional Transfer Order, filed on January 25, 2007; accordingly,

IT IS HEREBY ORDERED that this cause be administratively closed and all proceedings stayed, as this action has been transferred to the Northern District of Ohio in Case No. MDL-1742.

Date: 2/6/07

MARILYN HALL PATEL
United States District Judge